| | |
|---|---|
| 1 | Carolyn D. Phillips #103045 |
| | Attorney at Law |
| 2 | P.O. Box 5622 |
| | Fresno, California  93755-5622 |
| 3 | 559/248-9833 |
| 4 | |
| | Attorney for LIONEL VALENCIA-RUIZ |

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 1:18-cr-254 LJO/SKO |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| vs. | ) | |
| | ) | Date:  March 18, 2019 |
| LIONEL VALENCIA-RUIZ, | ) | Time:  1:00 p.m. |
| | ) | Judge Sheila K. Oberto |
| Defendant. | ) | |

Each party by and through their respective counsel stipulate and agree to continue the status hearing currently set for March 4, 2019, at 1:00 p.m., to <u>March 18, 2019, at 1:00 p.m.</u>, to allow defendant to complete investigation, review of discovery in preparation of his defense.

Defendant Valencia-Ruiz agrees that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the

1  period of time set forth herein for further defense preparation pursuant to 18 U.S.C.
2  §3161(h)(7)(B(i)).
3  　SO STIPULATED.

   Dated:　　February 28, 2019

   　　　　　　　　　　　　　　　　/s/ Carolyn D. Phillips
   　　　　　　　　　　　　　　　　Carolyn D. Phillips
   　　　　　　　　　　　　　　　　Attorney for Defendant
   　　　　　　　　　　　　　　　　LIONEL VALENCIA-RUIZ

   Dated:　　February 28, 2019　　McGREGOR W. SCOTT
   　　　　　　　　　　　　　　　　United States Attorney

   　　　　　　　　　　　　　　　　By: /s/ Laura Withers
   　　　　　　　　　　　　　　　　Assistant U.S. Attorney
   　　　　　　　　　　　　　　　　Attorneys for Plaintiff
   　　　　　　　　　　　　　　　　United States of America

## ORDER

Pursuant to the parties' Stipulation and for good cause appearing, the status hearing currently set for March 4, 2019 shall be continued to **March 18, 2019 at 1:00 p.m.**

IT IS SO ORDERED.

Dated:　**February 28, 2019**　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE